**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: CHAUNCEY, WARREN | § Case No. 10-73367 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/08/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  06/30/2011        By:  /s/JOSEPH D. OLSEN
                                             Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: CHAUNCEY, WARREN § Case No. 10-73367
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,000.00 |
| **Balance on hand:** | $ 5,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,250.00 | 0.00 | 1,250.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 280.82 | 0.00 | 280.82 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,200.00 | 0.00 | 1,200.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,730.82 |
| Remaining balance: | $ 2,269.18 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,269.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,269.18

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,554.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 6,138.60 | 0.00 | 455.90 |
| 2 | Chase Bank USA, N.A. | 1,121.98 | 0.00 | 83.33 |
| 3 | Chase Bank USA, N.A. | 688.81 | 0.00 | 51.16 |
| 4 | Chase Bank USA, N.A. | 22,058.70 | 0.00 | 1,638.24 |
| 5 | American Express Centurion Bank | 188.32 | 0.00 | 13.99 |
| 6 | American Express Centurion Bank | 357.65 | 0.00 | 26.56 |

Total to be paid for timely general unsecured claims: $ 2,269.18
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                    Case No. 10-73367-MB
Warren Chauncey                                           Chapter 7
      Debtor
                          CERTIFICATE OF NOTICE
District/off: 0752-3     User: cshabez          Page 1 of 1      Date Rcvd: Jul 12, 2011
                         Form ID: pdf006        Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2011.
db           +Warren Chauncey,    55 Cahill Road,   Cary, IL 60013-2604
aty          +Craig A Willette,   Yalden Olsen & Willette,    1318 E State Street,   Rockford, IL 61104-2228
aty          +Erick J Bohlman,    Bohlman Law Offices, PC,   780 McArdle Dr.,    Unit F,
               Crystal Lake, IL 60014-8155
tr           +Joseph D Olsen,   Yalden Olsen & Willette,    1318 E State Street,   Rockford, IL 61104-2228
15809500      AT&T,   PO Box 5014,   Carol Stream, IL 60197-5014
15809499     +AT&T,   PO Box 8100,   Aurora, IL 60507-8100
15809498     +American Express,   c/o Becket and Lee LLP,    Po Box 3001,   Malvern, PA 19355-0701
16543866      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
15809501     +Bnkunted Fsb,   4350 Sheridan Street,   Hollywood, FL 33021-3556
15809502     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16284686      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15809504     +Illinois Collection Se,    Po Box 1010,   Tinley Park, IL 60477-9110
15809505     +McHenry County Treasurer,    2200 N. Seminary Blvd.,   Woodstock, IL 60098-2694
15809508     +Pierce & Associates,    1 North Dearborn Street,   Suite 1300,   Chicago, IL 60602-4373
15809509     +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
15809510     +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
15809511     +Teachers Credit Union,    Attn: Recovery,   110 S Main St,   South Bend, IN 46601-1833
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16249302      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 13 2011 00:08:56
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,   PO Box 248840,
               Oklahoma City, OK 73124-8840
15809506     +E-mail/Text: bankrup@nicor.com Jul 12 2011 23:02:56      Nicor Gas,
               Attention: Bankruptcy Department,    Po Box 190,   Aurora, IL 60507-0190
15809507     +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Jul 12 2011 23:04:30        Northwest Collectors,
               3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3126
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,   Yalden Olsen & Willette,    1318 E State Street,   Rockford, IL 61104-2228
16554676*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
15809503*    +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
                                                                                      TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2011**                         **Signature:** *Joseph Speetjens*